**FILED**
July 20, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:10-mj-00213-KJN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| MATTHEW ANTHONY MAYA, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MATTHEW ANTHONY MAYA</u>; Case <u>2:10-mj-00213-KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  \_   Release on Personal Recognizance

  \_   Bail Posted in the Sum of _____

  X   Unsecured Appearance Bond in the amount of <u>$75,000.00 to be co-signed by Mr. Maya (defendant's father)</u>

  \_   Appearance Bond with 10% Deposit

  \_   Appearance Bond secured by Real Property

  \_   Corporate Surety Bail Bond

  X   (Other) <u>Defendant to reside with his paternal grandparents in Hayward, California; Pretrial Supervision/Conditions.</u>

Issued at  Sacramento, CA  on  7/20/10  at  3:30 p.m. .

By _____
Kendall J. Newman
United States Magistrate Judge