**FILED**
July 20, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MATTHEW ANTHONY MAYA, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:10-mj-00213-KJN <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MATTHEW ANTHONY MAYA</u>; Case <u>2:10-mj-00213-KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured Appearance Bond in the amount of <u>$75,000.00 to be co-signed by Mr. Maya (defendant's father)</u>

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) <u>Defendant to reside with his paternal grandparents in Hayward, California; Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>7/20/10</u> at <u>3:30 p.m.</u>

By _____
Kendall J. Newman
United States Magistrate Judge